UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BETA LABS, LTD.                                                       CASE NO.
a Delaware Corporation,

                  Plaintiff,
vs.

THOMAS KONIK,
an Individual,

                  Defendant.
_____/

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Plaintiff Beta Labs, Ltd. ("Beta") sues Defendant Thomas Konik d/b/a Supplement

Emporium ("Konik") and alleges:

**Introduction**

Konik has engaged in a flagrant effort to pilfer the customer goodwill and intellectual

property that Beta has spent thousands of dollars to acquire.  Beta is a dietary supplement retailer

known as providing high quality dietary supplements.  Beta sells its private label brands,

including, without limitation, ALL NIGHT LONG and STIFF 4 EVER, both male enhancement

products.  Beta used to sell its private label brand XTRA INNINGS, another male enhancement

product.  Beta owns the ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS trademarks

and the trade dress associated with these products, which encompass the overall look, feel,

texture, and patterns used by Beta.

Konik, a former employee and former independent contractor of Beta, has been

promoting, advertising, manufacturing, distributing, offering for sale, and selling counterfeit

ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS products without Beta's

permission, thus engaging in trademark infringement, counterfeiting, and unfair competition in

1

violation of the Lanham Act and Florida common law.  Moreover, Konik is in breach of the non disclosure agreement he signed with Beta by using Beta's confidential information in furtherance of said actions.

### Nature of Action, Subject Matter Jurisdiction and Venue

1.    This is a civil action for (a) trademark infringement and counterfeiting under the Lanham Act of the United States, 15 U.S.C. §§ 1051 *et seq.*; (b) unfair competition under the Lanham Act of the §§ 1051 *et seq*; and (c) common law unfair competition; (d) common law trademark infringement; and (e) breach of contract.

2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338.  This Court has supplemental jurisdiction over Beta's state law claim pursuant to 28 U.S.C. § 1367 because the state law claim is integrally related to the federal claims and arises from a common nucleus of operative facts such that the administration of such claim here is in the interests of judicial economy.

3.    Beta is a Delaware corporation with its business in Florida.

4.    Konik is an individual, residing in New York.

5.    This Court has personal jurisdiction over Konik pursuant to § 48.193 because Konik has committed a tortious act within the state by shipping product into the state.

6.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) because the infringing conduct takes place in this District.

### General Allegations
### Beta and its Trademarks and Trade Dress

7.    Beta is a wholesaler/distributor of dietary supplements under third parties' products and its private label products ALL NIGHT LONG and STIFF 4 EVER.  Beta was the wholesaler/distributor of its private label products XTRA INNINGS.

2

8.    ALL NIGHT LONG is sold by BT Labs, a subsidiary of Beta Labs, Ltd.  STIFF 4 EVER is sold by Beta.  XTRA INNINGS was sold by Beta Labs, Ltd.

9.    Beta carefully selects retailers that only sell high quality dietary supplements.

10.    Beta is the owner of the following trademarks: ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS for dietary supplements ("Trademarks").

11.    Additionally, Beta is the owner of the trade dress rights associated with its ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS products ("Trade Dress"), which encompass the overall look, feel, texture, and patterns used by Beta in connection with the advertising, marketing and sale of its genuine goods.

12.    Beta's Trademarks and Trade Dress have been used in interstate commerce to identify and distinguish its high quality dietary supplements.

13.    Beta's Trademarks and Trade Dress are symbols of Beta's quality, reputation, and goodwill and have never been abandoned.

14.    Further, Beta has expended substantial time, money and other resources developing, advertising, and otherwise promoting the Trademarks and Trade Dress.

15.    Beta has extensively used, advertised, and promoted the Trademarks and the Trade Dress in the United States in association with the sale of dietary supplements.

16.    As a result of Beta's efforts, members of the consuming public readily identify products bearing the Trademarks and Trade Dress as being high quality dietary supplements sponsored, provided, and approved only by Beta.

17.    Accordingly, the Trademarks and the Trade Dress have achieved secondary meaning as an identifier of Beta's high quality dietary supplements.

3

### Konik and his Unlawful Actions

18.     Konik was an employee for Beta from approximately January 2011 to April 2012 when he became an independent contractor, which relationship ended in December 2012. Konik's was an internet marketing coordinator at Beta and his duties included making labels for Beta's ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS private label brands, inputting orders and shipping orders.

19.     As part of Konik's arrangement with Beta, Konik signed a Non Disclosure Agreement ("NDA") on or about September 1, 2011, a copy of which is attached hereto as Exhibit "A."  The NDA defines confidential information to include "business records and plans, financial statements, customer lists and records, trade secrets, technical information, products, inventions, product design information, pricing structure, discounts, costs, computer programs and listings, source code and/or object code, copyrights and other intellectual property" See Exhibit "A."

20.     The NDA provides that Konik may not disclose, copy, or use any of the confidential information identified in paragraph 14.  Konik has disclosed, copied, and/or used at least the following confidential information: pricing structure, cost of goods and materials, business records and plans, marketing plans, customer lists and records. emails list and mailing address, trade secrets, formulas, technical information, and  order management and processing system such as shopping carts, products, inventions, product design information, discounts, costs, computer programs and listings, source code and/or object code, copyrights and other intellectual property, vendors, formulas, packaging and design ("Confidential Information").

21.     Paragraph 9 of the NDA provides that the prevailing party is entitled to attorney's fees and costs.  Paragraph 3 of the NDA provides that Beta is entitled to an injunction to restrain disclosure of Confidential Information.

22.     As part of the arrangement between Konik and Beta, Beta paid for office space at 67 West Street, Suite 401 D3, Brooklyn, NY 11222 that Konik rented in his name, personally.

23.     The     WHOIS     information     for     www.supplementsemporium.com, www.stiff4everdirect.com, and www.whatisstiffnights.com is private.

24.     Upon information and belief, Konik owns and is operating the websites www.supplementsemporium.com, www.stiff4everdirect.com, and www.whatisstiffnights.com.

25.     Beta recently discovered that Konik is manufacturing, causing to be manufactured, promoting and otherwise advertising, distributing and selling, and/or offering for sale counterfeit ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS products ("Counterfeit Products") on the internet at his websites www.supplementsemporium.com, www.stiff4everdirect.com, and www.whatisstiffnights.com.  See Exhibit "B."

26.     The website www.stiff4everdirect.com contains Beta's entire STIFF 4 EVER trademark.

27.     Purchases from www.supplementsemporium.com are shipped from the office location that Beta used to pay Konik's rent for, which is Supplements Company, 67 West Street, Suite 401 3D, Brooklyn, NY 11222.

**28.**     Upon information and belief, Konik used his Beta email (tom@betalabs.net) to order male enhancement raw materials and empty bottles to manufacture the Counterfeit Products.

**29.**     Konik's Counterfeit Products are of a quality inferior to that of Beta's genuine goods. Konik is actively manufacturing, causing to be manufactured, promoting and advertising,

distributing, and selling and/or offering for sale the Counterfeit Products with the knowledge that such goods are likely to be mistaken for the genuine high quality products offered by Beta. The net effect of Konik's actions will be to result in the confusion of the consumer who will believe that the Counterfeit Products are genuine goods originating and approved by Beta.

30.     Konik's conduct is occurring in the United States at least within this Judicial District. Counterfeit Products have been shipped into this Judicial District.   As a result, Konik is defrauding Beta and the consuming public for Konik's own benefit.

31.     At all times relevant hereto, Konik in this action had full knowledge of Beta's ownership of the ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS products and the Trademarks and the Trade Dress associated therewith.

32.     Konik's use of the Trademarks and Trade Dress, including the promotion, advertising, manufacturing, distribution, and sale of the Counterfeit Products is without Beta's consent or authorization.

33.     Further, upon information and belief, Konik is engaging in the above-described illegal counterfeiting activities knowingly and intentionally or with reckless disregard or willful blindness to Beta's rights, for the purpose of trading on the goodwill and reputation of Beta.   If Konik's counterfeiting activities are not preliminarily and permanently enjoined, by this Court, Beta, and the consuming public will continue to be harmed.

34.     Konik's above identified infringing activities are likely to cause confusion, deception and mistake in the minds of consumers, and the public.   Konik's wrongful conduct is likely to create a false impression and deceive consumers, and the public into believing there is a connection or association between Beta's genuine goods and Konik's Counterfeit Products.

35.     The Trademarks and Trade Dress have never been assigned or licensed to Konik in

this case.

**36.**    Beta has no adequate remedy at law.

**37.**    Beta is suffering irreparable injury and has suffered substantial damages as a result of Konik's counterfeiting and infringing activities.

**38.**    The injuries and damages sustained by Beta have been directly and proximately caused by Konik's wrongful advertisement, promotion, and sale of the Counterfeit Products.

**39.**    Beta has retained undersigned counsel to represent it in this matter and is obligated to pay said counsel a reasonable fee for such representation.

**CAUSES OF ACTION**
**COUNT I – TRADEMARK COUNTERFEITING AND INFRINGEMENT**
**PURSUANT TO §43 OF THE LANHAM ACT**

40.    Beta hereby readopts and realleges the allegations set forth in paragraphs 1 through 39 above.

41.    This is an action for trademark counterfeiting and infringement against Konik based upon Konik's promotion, advertisement, manufacturing, distribution, sale and/or offering for the sale of Counterfeit Products.

42.    Specifically, Konik is promoting, advertising, manufacturing, selling distributing, and offering for sale Beta's counterfeit dietary supplements, namely ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS.  Konik is continuously infringing the Trademarks and Trade Dress by using them to advertise, promote, and sell counterfeit dietary supplements.  Moreover, Konik has included Beta's trademark STIFF 4 EVER in one of his domain names www.stiff4everdirect.com.

43.    Konik's counterfeiting activities are likely to cause and actually are causing the general consuming public confusion, mistake, and deception among members of the trade, the general consuming public as to the origin and quality of Konik's Counterfeit Products.

44.    Konik's unlawful actions have caused and are continuing to cause unquantifiable damages to Beta.

45.    Konik's above-described illegal actions constitute counterfeiting and infringement of the Trademarks and Trade Dress in violation of Beta's rights under §43 of the Lanham Act, 15 U.S.C. §1125.

46.    Beta has suffered and will continue to suffer irreparable injury due to the above described activities of Konik if Konik is not preliminarily and permanently enjoined.

## COUNT II – FALSE DESIGNATION OF ORIGIN PURSUANT TO §43 OF THE LANHAM ACT

47.    Beta hereby readopts and realleges the allegations set forth in paragraphs 1 through 39 above.

48.    Konik's Counterfeit Products have been widely promoted, advertised, manufactured, distributed, sold, and offered for sale in the United States, including within this Judicial District.

49.    Konik's Counterfeit Products are virtually identical in appearance to Beta's genuine goods.  However, upon information and belief, the Counterfeit Products are inferior in quality. Accordingly, Konik's activities are likely to cause confusion in the trade, among the general public as to the origin or sponsorship of the Counterfeit Products.

50.    Konik has used in connection with their sale of Counterfeit Products, false designations of origins and false descriptions and representations, including trade dress, words or other symbols which tend to falsely describe or represent such goods and have caused such

goods to enter into commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Beta.

51.     Specifically, Konik engaged in an infringing use of the Trademarks and Trade Dress in his promotion, advertisement, manufacturing, distribution, sale and/or offering for the sale of his dietary supplements. Konik has misrepresented to members of the consuming public that the Counterfeit Products being advertised and sold by them are genuine, non-infringing Beta products.

52.     Konik's above-described actions are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

53.     Beta has sustained injury and damage caused by Konik's conduct, and absent an entry of an injunction by this Court, Beta will continue to suffer irreparable injury to its goodwill and business reputation as well as monetary damages.

**COUNT III – COMMON LAW UNFAIR COMPETITION**

54.     Beta hereby readopts and realleges the allegations set forth in paragraphs 1 through 39 above.

55.     Konik's Counterfeit Products are virtually identical in appearance to Beta's genuine goods.  However, upon information and belief, the Counterfeit Products are inferior in quality. Accordingly, Konik's activities are likely to cause confusion in the trade, among the general public as to the origin or sponsorship of the Counterfeit Products.

56.     Konik has used in connection with their sale of Counterfeit Products, false designations of origins and false descriptions and representations, including trade dress, words or other symbols which tend to falsely describe or represent such goods and have caused such

goods to enter into commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Beta.

57.     Specifically, Konik engaged in an infringing use of the Trademarks and Trade Dress in his promotion, advertisement, manufacturing, distribution, sale and/or offering for the sale of his dietary supplements. Konik has misrepresented to members of the consuming public that the Counterfeit Products being advertised and sold by them are genuine, non-infringing Beta products.

58.     Konik's conduct described herein may have been engaged in intentionally, willfully, wantonly, and maliciously.

59.     Beta reserves the right to proffer evidence and seek an award of punitive damages.

60.     Beta has sustained injury and damage caused by Konik's conduct, and absent an entry of an injunction by this Court, Beta will continue to suffer irreparable injury to its goodwill and business reputation as well as monetary damages.

## COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT

61.     Beta hereby readopts and realleges the allegations set forth in paragraphs 1 through 39 above.

62.     This is an action for trademark counterfeiting and infringement against Konik based upon Konik's promotion, advertisement, manufacturing, distribution, sale and/or offering for the sale of Counterfeit Products.

63.     Specifically, Konik is promoting, advertising, manufacturing, distributing, selling and offering for sale counterfeit dietary supplements, namely ALL NIGHT LONG, STIFF 4 EVER, and XTRA INNINGS.  Konik is continuously infringing the Trademarks and Trade Dress by using them to advertise, promote, and sell counterfeit dietary supplements.

10

64. Konik's counterfeiting activities are likely to cause and actually are causing the general consuming public confusion, mistake, and deception among members of the trade, the general consuming public as to the origin and quality of Konik's Counterfeit Products.

65. Konik's unlawful actions have caused and are continuing to cause unquantifiable damages to Beta.

66. Beta has suffered and will continue to suffer irreparable injury due to the above described activities of Konik if Konik is not preliminarily and permanently enjoined.

**COUNT V - BREACH OF CONTRACT**

67. Beta hereby readopts and realleges the allegations set forth in paragraphs 1 through 39 above.

68. The NDA prohibits Konik from disclosing, copying, or using any of the Confidential Information. See Exhibit "A."

69. Contrary to the express provisions in the NDA, Konik is using Confidential Information, including, without limitation, at least the following: pricing structure, cost of goods and materials, business records and plans, marketing plans, customer lists and records. emails list and mailing address, trade secrets, formulas, technical information, and order management and processing system such as shopping carts, products, inventions, product design information, discounts, costs, computer programs and listings, source code and/or object code, copyrights and other IP, vendors, formulas, packaging and design.

70. To make matters worse, Konik has used, and continues to use, Beta's Confidential Information in his marketing and distribution of the Counterfeit Products.

71. Beta has suffered and will continue to suffer immediate and irreparable harm if Konik is not enjoined from using, disclosing and otherwise misappropriating Beta's Confidential

Information.

72.     There is no adequate remedy at law to compensate Beta for Konik's breaches of the NDA.

73.     Konik's conduct described herein may have been engaged in intentionally, willfully, wantonly, and maliciously.

74.     Beta reserves the right to proffer evidence and seek an award of punitive damages.

75.     Beta has sustained injury and damage caused by Konik's conduct, and absent an entry of an injunction by this Court, Beta will continue to suffer irreparable injury to its goodwill and business reputation as well as monetary damages.

**PRAYER FOR RELIEF**

WHEREFORE, Beta demands judgment against Konik as follows:

a. That the Court enter a preliminary and permanent injunction enjoining Konik, his agents, representatives, servants, employees, and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured, advertising or promoting, distributing, selling or offering to sell their Counterfeit Products; from infringing, counterfeiting, or diluting the Trademarks or Trade Dress; from using the Trademarks or Trade Dress, or any mark or trade dress similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark which may be calculated to falsely advertise the services or products of Konik as being sponsored by, authorized by, endorsed by, or in any way associated with Beta, from falsely representing themselves as being connected with Beta, through  sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Beta, or in any way endorsed by, approved by, and/or associated with Beta, from using any reproduction,

counterfeit, copy, or colorable imitation of the Trademarks and/or Trade Dress in connection with the publicity, promotion, sale, or advertising of any goods sold by Beta, including, without limitation, dietary supplements; from affixing, applying, annexing or using in *connection with the sale of any goods, a false description or representation, including words or other symbols* tending to falsely describe or represent Konik's goods as being those of Beta, or in any way endorsed by Beta and from offering such goods in commerce; and from otherwise unfairly competing with Beta;

b.      That Konik be required to account to and pay Beta for all profits and damages resulting from Konik's infringing and counterfeiting activities and that the award to Beta be trebled, as provided for under 15 U .S .C. § 1117, or, at Beta election with respect to Count I, that Beta be awarded statutory damages from each Konik in the amount of one million ($1,000,000.00) dollars per each counterfeit Trademark used and product sold, as provided by 15 U.S.C. § 1117(c)(2) of the Lanham Act;

c.      That Beta be awarded its actual damages;

d.      That Beta be awarded its punitive damages;

e.      That Beta be awarded pre judgment interest on its judgment;

f.      That Beta be awarded its costs and reasonable attorneys' fees associated with bringing this action;

g.      That the Court enter a preliminary and permanent injunction enjoining Konik, his agents, representatives, servants, employees, and all those acting in concert or participation therewith, from disclosing, copying, or using the Confidential Information;

   h.  That the Court award Beta its attorneys' fees associated with bringing this action for his disclosure of the Confidential Information; and

   i.  That Beta be awarded such other and further relief as the Court may deem just and proper.

Beta demands a jury trial.

DATED: February 18, 2013.

           Respectfully submitted,


           /ews/
           Erica W. Stump, Esq. (Florida Bar No. 427632)
           Electronic Mail: erica@ericawstump.com
           ERICA W. STUMP, P.A.
           110 E. Broward Blvd., Suite 1700
           Fort Lauderdale, FL 33301
           Telephone: 954-828-2334

EXHIBIT "A"

# *NON DISCLOSURE AGREEMENT*



This Non Disclosure Agreement (this **"Agreement"**) is made effective as of September 01, 2011 (the **"Effective Date"**), by and between Beta Labs LTD (the **"Owner"**), of 40 East Main St., Newark, Delaware 19711, and Thomas Konik (the **"Recipient"**), of 150-11 24th Rd., Whitestone, New York 11357.

The Owner is engaged in the business of production, distribution and promotion of dietary supplements. The Recipient is an employee of Beta Labs LTD, marketing and sales campaigns, promotions of the company and SEO maintainance. Information will be disclosed to Thomas Konik to determine whether Thomas Konik could assist Beta Labs LTD with the development of SEO maintenance, marketing and sales campaigns and promotion of Beta Labs LTD's products. The Owner has requested that the Recipient will protect the confidential material and information which may be disclosed between the Owner and the Recipient. Therefore, the parties agree as follows.

**1. Confidential Information.** The term "Confidential Information" means any information or material which is proprietary to the Owner, whether or not owned or developed by the Owner, which is not generally known other than by the Owner, and which the Recipient may obtain through any direct or indirect contact with the Owner.

    **a) "Confidential Information"** includes without limitation:

    - business records and plans
    - financial statements
    - customer lists and records
    - trade secrets
    - technical information
    - products
    - inventions
    - product design information
    - pricing structure
    - discounts
    - costs
    - computer programs and listings
    - source code and/or object code
    - copyrights and other intellectual property
    and other proprietary information.

    **b. "Confidential Information"** does not include:

      - matters of public knowledge that result from disclosure by the Owner;
      - information rightfully received by the Recipient from a third party without a duty of

© This is a RocketLawyer.com Legal Document ©

confidentiality;

- information independently developed by the Recipient;
- information disclosed by operation of law;
- information disclosed by the Recipient with the prior written consent of the Owner;

and any other information that both parties agree in writing is not confidential.

**2. Protection of Confidential Information.** The Recipient understands and acknowledges that the Confidential Information has been developed or obtained by the Owner by the investment of significant time, effort and expense, and that the Confidential Information is a valuable, special and unique asset of the Owner which provides the Owner with a significant competitive advantage, and needs to be protected from improper disclosure. In consideration for the receipt by the Recipient of the Confidential Information, the Recipient agrees as follows:

**a) No Disclosure.** The Recipient will hold the Confidential Information in confidence and will not disclose the Confidential Information to any person or entity without the prior written consent of the Owner.

**b) No Copying/Modifying.** The Recipient will not copy or modify any Confidential Information without the prior written consent of the Owner.

**c) Unauthorized Use.** The Recipient shall promptly advise the Owner if the Owner becomes of aware of any possible unauthorized disclosure or use of the Confidential Information.

**d) Application to Employees.** The Recipient shall not disclose any Confidential Information to any employees of the Recipient, except those employees who are required to have the Confidential Information in order to perform their job duties in connection with the limited purposes of this Agreement. Each permitted employee to whom Confidential Information is disclosed shall sign a non disclosure agreement substantially the same as this Agreement at the request of the Owner.

**3. Unauthorized Disclosure of Information - Injunction.** If it appears that the Recipient has disclosed (or has threatened to disclose) Confidential Information in violation of this Agreement, the Owner shall be entitled to an injunction to restrain the Recipient from disclosing the Confidential Information in whole or in part. The Owner shall not be prohibited by this provision from pursuing other remedies, including a claim for losses and damages.

**4. Return Of Confidential Information.** Upon the written request of the Owner, the Recipient shall return to the Owner all written materials containing the Confidential Information. The Recipient shall also deliver to the Owner written statements signed by the Recipient certifying that all materials have been returned within five (5) days of receipt of the request.

**5. Relationship Of Parties.** Neither party has an obligation under this Agreement to purchase any service or item from the other party, or commercially offer any products using or incorporating the Confidential Information. This Agreement does not create any agency, partnership, or joint venture.

© This is a RocketLawyer.com Legal Document ©

**6. No Warranty.** The Recipient acknowledges and agrees that the Confidential Information is provided on an "AS IS" basis. THE OWNER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CONFIDENTIAL INFORMATION AND HEREBY EXPRESSLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL THE OWNER BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES IN CONNECTION WITH OR ARISING OUT OF THE PERFORMANCE OR USE OF ANY PORTION OF THE CONFIDENTIAL INFORMATION. The Owner does not represent or warrant that any product or business plans disclosed to the Recipient will be marketed or carried out as disclosed, or at all. Any actions taken by the Recipient in response to the disclosure of the Confidential Information shall be solely at the risk of the Recipient.

**7. Limited License to Use.** The Recipient shall not acquire any intellectual property rights under this Agreement except the limited right to use as set forth above. The Recipient acknowledges that, as between the Owner and the Recipient, the Confidential Information and all related copyrights and other intellectual property rights, are (and at all times will be) the property of the Owner, even if suggestions, comments, and/or ideas made by the Recipient are incorporated into the Confidential Information or related materials during the period of this Agreement.

**8. Indemnity.** Each party agrees to defend, indemnify, and hold harmless the other party and its officers, directors, agents, affiliates, distributors, representatives, and employees from any and all third party claims, demands, liabilities, costs and expenses, including reasonable attorneys fees, costs and expenses resulting from the indemnifying party's material breach of any duty, representation, or warranty under this Agreement.

**9. Attorneys Fees.** In any legal action between the parties concerning this Agreement, the prevailing party shall be entitled to recover reasonable attorneys fees and costs.

**10. General Provisions.** This Agreement sets forth the entire understanding of the parties regarding confidentiality. Any amendments must be in writing and signed by both parties. This Agreement shall be construed under the laws of the State of Delaware. This Agreement shall not be assignable by either party. Neither party may delegate its duties under this Agreement without the prior written consent of the other party. The confidentiality provisions of this Agreement shall remain in full force and effect at all times after the effective date of this Agreement. If any provision of this Agreement is held to be invalid, illegal or unenforceable, the remaining portions of this Agreement shall remain in full force and effect and construed so as to best effectuate the original intent and purpose of this Agreement.

**Owner:**
Beta Labs LTD

By:

Kristina M. Weiss
COO

**Recipient:**
Thomas Konik

By:

Thomas Konik
Employee

© This is a RocketLawyer.com Legal Document ©



**STIFF 4 EVER DIRECT**

🛒 $0

# The Original Stiff Nights



Male Sexual Stimulant

~~$139.99~~ **$119.99**    `Sale!`



## Stiff Nights™ Combo Pack

Save Big! Get 2 30 count Bottles of Stiff Nights. Combo packs will be available for a limited time or while supplies last. If you love this product, why not stock up now and don't get caught without it.

Read More





## Original Stiff Nights™ 30 Count Bottle

Stiff Nights™ is an extremely popular male enhancement supplement. Each capsule contains a powerful dose of performance boosting ingredients that guarantee an experience like no other. This unique blend of natural ingredients boosts stamina, energy, and strength. These are powerful results that you can truly feel. This is a male enhancement product like no other available on the market.

Read More



## Free Shipping

Orders shipping within the United States over $99 will automatically be eligible for our free shipping option.

## Save Big

Remember to opt-in to our mailing list during the check-out process for unbeatable



deals.



## Support

Our support team is ready to answer all of your questions. Contact us and you will get a response within 24 hours.

**My Account**

**Important Information**

**Privacy Policy**

**Contact Us**

STIFF 4 EVER DIRECT © 2013. All Rights Reserved.





SHOP

MY ACCOUNT

CART

CHECKOUT

CONTACT US

0 ITEMS
**$0**

FEATURED PRODUCTS



## Double Up: All Night Long Male Enhancement

**$139.98**

[box type="info" style="rounded" icon="http://png.findicons.com/files/icons/2015/24x24_free_application/24/dollar.png"]Get This for $99.99
Use Coupon Code: COMBO99[/box]

All Night Long is very popular lately. Take advantage of this special offer and save when buying this combo pack. You're getting 2 bottles of All Night Long.

ADD TO CART

POPULAR PRODUCTS

FREE SHIPPING

$75 or more unlocks free shipping!

FREE SHIPPING





Amazing Support



Satisfaction



Amazing Deals



Free Shipping

MORE PRODUCTS



Catalyst Male Enhancement 30 Count
$69.99



Double Up: All Night Long Male Enhancement
$139.98



Double Up: Stiff 4 Ever Male Enhancement
$139.98



All Night Long for Men
$69.99



Stiff 4 Ever™ Natural Male Enhancement

$69.99

**MORE PRODUCTS**



✉  **support@supplementsemporium.com**

**SEARCH**

🔍



# What Makes Stiff Nights Different

POSTED ON FEBRUARY 5, 2013 BY **SUPPLEMENTS EMPORIUM** IN **MALE ENHANCEMENT**, **REVIEWS**

What Makes Stiff Nights Different When you look at all of the male enhancement supplements available on the market, you may begin to think they all look the same. And while it's true that male enhancement products do offer many of the same benefits, not all supplements are alike.  Look at Stiff Nights, for example.  [...]

**LEAVE A COMMENT** • **CONTINUE READING** →

## Stiff 4 Ever Review



**POSTED ON NOVEMBER 20, 2012 BY SUPPLEMENTS EMPORIUM IN MALE ENHANCEMENT, REVIEWS**

Are you looking for the best male enhancement pills on the market? Here are the Stiff 4 Ever for male enhancement pills. One thing that all men fear and dread is going to bed with a lady and that their performance will not be adequate or long lasting, or even worse, they won't be able [...]

**LEAVE A COMMENT • CONTINUE READING →**

## New User Resource: Male Enhancement Ingredients

**POSTED ON OCTOBER 20, 2012 BY SUPPLEMENTS EMPORIUM IN INGREDIENTS, MALE ENHANCEMENT, TIPS**

There have been many customers interested in learning more about what is actually in the male enhancement supplements they are taking. In order to assist in your research, we put together a user resource that gives a short summary on some of the most popular ingredients found in male enhancement supplements. Here you will see [...]

**LEAVE A COMMENT • CONTINUE READING →**

## Male Enlargement Fact or Fiction?

**POSTED ON JULY 6, 2012 BY SUPPLEMENTS EMPORIUM IN TIPS**

Everyman asks himself "is my penis small?" "Could my penis be larger?"  Since the invention of porn, young men watching these films with such cult superstars as Ron Jeremy have probably asked themselves these question or many other variations of such.  Penis Enlargement has been a thing of mystical mystery.  Porn magazines have the quick [...]

**LEAVE A COMMENT • CONTINUE READING →**

1   2   Next →

Customer Login



**Username or email**

**Password**

Lost password?

## Subscribe to our Newsletter



✉ **Join Our Mailing List**

Get Exclusive Coupon Codes

Name:

Email:

**Sign Up**

We respect your email privacy

Powered by AWeber Email Marketing Services

## Recent Reviews



**Original Stiff Nights Male Enhancement**
★★★★★
by chucky718

**All Night Long for Men**
★★★★★
by no_stressman

**Original Stiff Nights Male Enhancement**
★★★★★
by jerry

**All Night Long for Men**
★★★★☆
by Sam



### Xtra Innings Male Performance 6 Count Bottle



by John T.

## Important Information

Ordering

Privacy & Security

Privacy Policy

Returns

Shipping & Delivery

## Resources

Male Enhancement Ingredients



Accept Credit Cards



Supplements Emporium © 2013. All Rights Reserved.
Supplements Emporium

# Stiff Nights

**Home**   About   Blog   Products   Sitemap

## Latest News

October 11, 2012 | 0 Comments

### Vimax Male Enhancement Review

The truth is that when you're thinking about taking a male enhancement supplement, you want to know that you're taking the best product out there. With Vimax, you can know that you're going to take the best possible male enhancement pill available, but what does that mean? That's why you need to look at Vimax [...]

October 5, 2012 | 0 Comments

### Pleasing Your Partner with Stiff Nights

Everyone wants to have a hotter time in the bedroom. Even if you're already enjoying your partner, with a male enhancement product like Stiff Nights, you can go beyond a so-so sex life. If your partner has been wondering how to bring the spice back to your love life, maybe it's time to surprise your [...]

March 14, 2012 | 0 Comments

### Stiff Nights Review

After completing our Stiff Nights review, we found some very interesting results. If you're interested in creating a special night for your partner, Stiff Nights will allow you the chance to take the pill a day before the event and then 24 hours later, allowing you to be ready to go all weekend, or just [...]

February 16, 2012 | 0 Comments

### 5 Reasons Why You Should Take Stiff 4 Ever

Stiff 4 Ever is a breakthrough, relatively new formula that has been taking the male enhancement market by storm since around October of 2011. Now, here in the early part of 2012, demand is only getting stronger for this male enhancement product. Stiff 4 Ever is available in a 30 count bottle and the recommended [...]

October 30, 2011 | 0 Comments

### Stiff Nights – The Problem With Counterfeiting

The fact is, whether people like it or not, a lot of the Stiff Nights product out there is counterfeit. This doesn't mean that the product is bunk and it doesn't work, it means that we have no idea whats really in it. Counterfeits are getting so good nowadays, it's hard to tell the fakes [...]

October 30, 2011 | 0 Comments

### Stiff 4 Ever – An effective formula that rivals Stiff Nights

Stiff 4 Ever came on to the scene recently. It is a 100% all natural formula that is currently available in a 30 count bottle with 2 pill blister packs said to be on the way. Stiff 4 Ever is interesting because we hear that it has been developed by the same guys who worked [...]



Want To Go Bigger?

symptomfind.com/MaleEnhan...

Learn About the Best Methods For Male Enhancement. Get Tips Here.

AdChoices ▷



POPULAR   LATEST   TAGS

 **What Really Happened to Stiff Nights?**
OCTOBER 26, 2011

 **Xtra Innings For Men – A 72 Hour Formula**
OCTOBER 29, 2011

 **Stiff 4 Ever – An effective formula that rivals Stiff Nights**
OCTOBER 30, 2011

October 29, 2011 | 0 Comments

## Xtra Innings For Men – A 72 Hour Formula

Xtra Innings™ is a relatively new male enhancement supplement that is currently rolling out to major distributors around the United States. It is manufactured by Beta Labs, Ltd. Xtra Innings is a 72 hour male enhancement supplement that uses a patent pending technology that the company calls Stamina-72™. This patent pending technology is actually quite [...]

October 26, 2011 | 0 Comments

## What Really Happened to Stiff Nights?

 Let's start with the facts, shall we? I'd like to make it clear that the original Stiff Nights product that everyone as grown to love so much has been officially banned by the United States Food and Drug Administration. As you can see by the date the FDA report was published, Stiff Nights has [...]

**Stiff Nights**  Copyright © 2013. All Rights Reserved.

Sitemap